IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL R. NELSON | : | CIVIL ACTION |
| v. | : | |
| DAVID L. BROWN, ET AL. | : | NO. 17-3232 |

## ORDER

**AND NOW**, this 24th day of April, 2018, upon consideration of Defendant John M. Clark's Motion to Dismiss (Docket No. 41), Defendant Michael A. Hamilton's Motion to Dismiss (Docket No. 43), the Motion to Dismiss filed by Defendants Kenneth Levine and Daniel de Luca (Docket No. 44), the Motion to Dismiss filed by Defendants Claudia D. McCarron and John F. Mullen (Docket No. 45), Plaintiff's Cross-Motion to Compel Arbitration and for a Stay (Docket No. 51),and all documents filed in connection with all of these Motions, and the Hearing held on April 3, 2018, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that all of the Motions are **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.