IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL R. NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID L. BROWN, ET AL. | : | NO. 17-3232 |

## ORDER

**AND NOW**, this 28th day of January, 2019, upon consideration of Plaintiff's "Motion to Compel Arbitration and for a Stay" (Docket No. 76) and Defendant Michael A. Hamilton's "Cross Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), or in the Alternative, Summary Judgment Pursuant to F.R.C.P. 56" (Docket No. 80), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Arbitration and For a Stay is **GRANTED** and Defendant Hamilton's Cross Motion is **DENIED**. **IT IS FURTHER ORDERED** that the parties shall submit this matter to mediation and, if mediation is not successful, to arbitration, pursuant to the Pennsylvania Bar Association's Lawyer Dispute Resolution Program. This matter is **STAYED** pursuant to 9 U.S.C. § 3 pending such alternative dispute resolution.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.